UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   4:21-cr-00528 |
| vs. | ) |
| | ) |
| BRITTISH WILLIAMS | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCINGT HEARING

Comes now the Defendant, BRITTISH WILLIAMS, by and through her attorney, Beau B. Brindley, and respectfully moves this Court to continue the sentencing hearing now scheduled for 2:00 p.m. on October 10, 2023. In support, she states as follows:

Ms. Williams was previously scheduled to be sentenced at 11:00 a.m. on October 10, 2023. On October 5, the Court entered an order changing the time of the sentencing to 2:00 p.m.

The new scheduled time creates a hardship for Ms. Williams's counsel, who must fly out of St. Louis early in the afternoon on October 10. Following the Court's rescheduling order, the undersigned contacted government counsel, who indicated that, under the circumstances, they would not oppose a motion to continue the sentencing so long as it still occurred during the month of October.

The undersigned is available to conduct sentencing in this matter on any date from October 16-18, or 23-26.

WHEREFORE, the undersigned respectfully requests that Ms. Williams's sentencing hearing be briefly continued for one of the above dates.

Respectfully submitted,
Brittish Williams
By:     s/ Beau B Brindley

1

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by electronically serving it through the CM/ECF system on October 5, 2023.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878