UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:21-cr-00528 |
| vs. ) | |
| ) | |
| BRITTISH WILLIAMS ) | |

### MOTION TO EXTEND SURRENDER DATE

Comes now the Defendant, BRITTISH WILLIAMS, by and through her attorney, Beau B. Brindley, and respectfully moves this Court to extend her surrender date *instanter.* In support, she states as follows:

Ms. Williams was due to surrender to Alderson FPC on January 3, 2023. She was unable to report as ordered.

On January 2, 2024, Ms. Williams filed a Motion to Reduce Sentence Pursuant to Amendment 821 of the guidelines. She now requests that her surrender date be extended until such a time as the Court has fully adjudicated that motion. This will be in the interest of judicial economy, as it will eliminate the need for Ms. Williams to be transported back and forth between FPC Alderson and the St. Louis.

WHEREFORE, the undersigned respectfully requests that Ms. Williams's surrender date be extended until after her Motion to Reduce Sentence is adjudicated.

> Respectfully submitted,
> Brittish Williams
> By:     s/ Beau B Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604

1

312.765.8878

Case: 4:21-cr-00528-HEA   Doc. #:  128   Filed: 01/04/24   Page: 2 of 3 PageID #: 606

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by electronically serving it through the CM/ECF system on January 4, 2024.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878