UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 21 CR 528 |
| vs. | ) | |
| | ) | |
| BRITTISH WILLIAMS | ) | |

**MOTION TO CONTINUE HEARING**

Comes now the Defendant, BRITTISH WILLIAMS, by and through her attorney, Beau B. Brindley, and respectfully moves this Court to continue the revocation hearing set for January 17, 2024. In support, she states the following.

1. Ms. Williams is scheduled for a bond revocation hearing after her arrest on January 8, 2024. The undersigned is unable to attend this hearing due to illness.

2. Following a COVID-19 outbreak in the undersigned's home between December 27, 2023 and January 11, 2024, asthmatic episodes for the undersigned continue to require treatment every two to three hours including nebulizer treatments involving Albuterol and steroid inhalants. It is now apparent that this treatment regimen will continue throughout the week of January 15, 2024, and will be ongoing on January 17, 2024. Extreme cold weather conditions exacerbate the problem, rendering leaving the house a difficult prospect at present. That makes travel and court appearances infeasible for the undersigned at this time.

3. The undersigned has dealt with these issues for years. This treatment will take time, but will ultimately be effective. A short continuance of the hearing date will allow for full recovery.

4. The undersigned contacted government counsel regarding this motion. Government counsel indicates that they oppose a continuance. Under the circumstances, the undersigned respects the government's position. But, a brief continuance is necessary.

1

WHEREFORE, Defendant, Brittish Williams, respectfully moves this Court to continue the revocation hearing scheduled for January 17, 2024.

      Respectfully submitted,
      Brittish Williams
      By:     s/ Beau B Brindley

LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
312.765.8878

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached motion to be served upon the government by electronically serving it through the CM/ECF system on January 16, 2024.

s/ Beau B. Brindley

THE LAW OFFICES OF BEAU B. BRINDLEY
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878